**Johnny WINSTON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 36780.**

Missouri Court of Appeals,
Western District.

Feb. 4, 1986.

Joseph H. Locascio, Robert A. McNemar, Kansas City, for appellant.

William L. Webster, Lee A. Bonine, Jefferson City, for respondent.

Before CLARK, C.J., and SHANGLER and KENNEDY, JJ.

PER CURIAM:

Appeal from the denial, after an evidentiary hearing of Rule 27.26 motion for post-conviction relief.

Affirmed.